UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

RONNIE DORSEY  (#421853)                    CIVIL ACTION NO. 3:16-1065

VERSUS                                                    SECTION P

                                                               JUDGE ROBERT G. JAMES

DARRELL VANNOY                              MAGISTRATE JUDGE HAYES


## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**MONROE, LOUISIANA, this 30th day of March, 2017.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE